Sean M. Sullivan (Bar No. 254372)
E-mail:  sean.sullivan@procopio.com
PROCOPIO, CORY, HARGREAVES &
   SAVITCH LLP
525 B Street, Suite 2200
San Diego, CA 92101
Telephone: 619.238.1900
Facsimile: 619.235.0398

Attorney for Defendants
Jim S. Adler, P.C., James "Jim" Adler, and
William "Bill" Adler

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RESTORATION EARTH, LLC, a California Limited Liability Company, | Case No. _____ |
| Plaintiff, | CERTIFICATE OF SERVICE |
| v. | |
| JIM S. ADLER, P.C., a Texas Professional Corporation; JAMES "JIM" ADLER, an individual; WILLIAM "BILL" ADLER, an individual; GRIFFITH LANDING, LLC, a California Limited Liability Company; and DOES 1 through 10, inclusive, | |
| Defendants. | |

I, Barb Young, certify and declare as follows:

I am over the age of 18 years and not a party to this action.

My business address is 525 B Street, Suite 2200, San Diego, California, which is located in the city, county and state where the mailing described below took place.

On March  7, 2025, I deposited in the United States Mail at San Diego, California, a copy of the Notice of Removal dated March 7, 2025, addressed to:

Cole R. Sheridan
LAW OFFICES OF COLE SHERIDAN
1990 South Bundy Drive, Suite 630
Los Angeles, California 90025

1

2
Griffith Landing, LLC
c/o Cole R. Sheridan, Registered Agent
3
1990 South Bundy Drive, Suite 630
Los Angeles, CA 90025
4
I declare under penalty of perjury under the laws of the United States that the
5
foregoing is true and correct.
6
Executed on March 7, 2025, at San Diego, California.
7

8
_____
9
Barb Young
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE
135035-00000001/9156920.2