Sean M. Sullivan (Bar No. 254372)
E-mail: sean.sullivan@procopio.com
PROCOPIO, CORY, HARGREAVES &
  SAVITCH LLP
525 B Street, Suite 2200
San Diego, CA 92101
Telephone: 619.238.1900
Facsimile: 619.235.0398

Attorney for Defendants
Jim S. Adler, P.C., James "Jim" Adler, and
William "Bill" Adler

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RESTORATION EARTH, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>JIM S. ADLER, P.C., a Texas Professional Corporation; JAMES "JIM" ADLER, an individual; WILLIAM "BILL" ADLER, an individual; GRIFFITH LANDING, LLC, a California Limited Liability Company; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:25-cv-02028<br><br>CERTIFICATE OF SERVICE |

I, Barb Young, certify and declare as follows:

I am over the age of 18 years and not a party to this action.

My business address is 525 B Street, Suite 2200, San Diego, California, which is located in the city, county and state where the mailing described below took place.

On March 7, 2025, I deposited in the United States Mail at San Diego, California, a copy of the NOTICE TO ADVERSE PARTIES OF REMOVAL OF ACTION TO FEDERAL COURT dated March 7, 2025, addressed to:

Cole R. Sheridan
LAW OFFICES OF COLE SHERIDAN
1990 South Bundy Drive, Suite 630
Los Angeles, California 90025

1 | I declare under penalty of perjury under the laws of the United States that the
2 | foregoing is true and correct.
3 | Executed on March 7, 2025, at San Diego, California.
4
5 | _____
  | Barb Young
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28