UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | 2:25-cv-02028-SPG-AS | Date | May 15, 2025 |
|---|---|---|---|
| Title | Restoration Earth, LLC, et al. v. Jim S. Adler P.C.; et al. | | |

| Present: The Honorable | SHERILYN PEACE GARNETT, UNITED STATES DISTRICT JUDGE |
|---|---|
| P. Gomez | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding:** **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED**

On May 13, 2025, this action was transferred to this Court because this case involves the same parties and same causes of action as an action already pending before this Court, *Restoration Earth, LLC, et al. v. Jim S. Adler, P.C., et al.*, Case No. 2:24-cv-10668-SPG-AS ("Restoration I"). (ECF No. 32 ("Order re Transfer")). The Court takes notice that the instant case was initially filed in Los Angeles County Superior Court on the same day as Restoration I, alleging the same causes of action against the same defendants. (ECF No. 1 ("Notice of Removal") ¶ 7). The First Amended Complaint filed in this action is substantially identical to the First Amended Complaint in Restoration I. *See* (ECF No. ("FAC")).

The Court ORDERS Plaintiff to show cause in writing by May 28, 2025, why this action should not be dismissed as identical to Restoration I. *See Adams v. Cal. Dep't of Health Servs.*, 487 F.3d 684, 688 (9th Cir. 2007) ("Plaintiffs generally have no right to maintain two separate actions involving the same subject matter at the same time in the same court against the same defendant."). This Order may be satisfied by filing a dismissal under Rule 41. Failure to respond by the deadline shall be deemed as consent to dismissal.

:

Initials of Preparer    pg